# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| SKYDIVING SCHOOL, INC., dba SKYDIVE HAWAII, a Hawaii corporation<br><br>Plaintiff,<br><br>V.<br><br>SKY-MED, INC., dba PACIFIC SKYDIVING, a Hawaii corporation; GOJUMP AMERICA, LLC, a Nevada limited liability company; GOJUMP HAWAII LLC, a Hawaii limited liability company; MICHAEL VETTER; and GUY BANAL<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00292 DKW-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Apr 10, 2024, 11:54 am<br>Lucy H. Carrillo, Clerk of Court |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order (1) Granting in Part Defendants GoJump America, GoJump Hawaii, and Michael Vetter's Motion to Dismiss, (2) Denying as Moot Plaintiff's Motion for Preliminary Injunction, and (3) Directing Supplemental Briefing on Counts III and IV of the Complaint", filed on November 22, 2023, ECF No. 60, the "Stipulation for Dismissal with Prejudice of All Claims Against Defendants Sky-Med, Inc. dba Pacific Skydiving and Guy Banal; Order", filed on February 15, 2024, ECF No. 76, the "Order Declining to Exercise Supplemental Jurisdiction Over Counts III and IV of the Complaint and Dismissing the Same Without Prejudice", filed on February 20, 2024, ECF No. 77 and the Entering Order issued on April 10, 2024, ECF No. 88.

| | |
|---|---|
| April 10, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |