IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SKYDIVING SCHOOL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOJUMP AMERICA, LLC;<br>GOJUMP HAWAII, LLC, and<br>MICHAEL VETTER, et al. ,<br><br>Defendants. | ) | CV 23-00292 DKW-WRP |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 28, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Award Defendants GoJump America, LLC, GoJump Hawaii LLC, and Michael Vetter $80,580.00 Pursuant to Their Motion for Attorneys' Fees on Appeal", ECF No. 121, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 14, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge